## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.: <u>  18CV25247  </u>-Civ

**IBRAHIM QUINTANA,**

    Plaintiff,

        v.

**U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. DEPARTMENT OF HOMELAND SECURITY; KIRSTJEN M. NIELSEN**, in her official capacity as Secretary, of the U.S. Department of Homeland Security; **LEE FRANCIS CISSNA**, in his official capacity as Director, U.S. Citizenship and Immigration Services; **LINDA SWACINA**, in her official capacity as District Director, Southeast Region, District 9, Miami District Office, U.S. Citizenship and Immigration Services; and **ENID STULZ**, in her official capacity as Field Office Director, Hialeah Field Office, U.S. Citizenship and Immigration Services,

    Defendants.

_____/

## SUMMONS IN A CIVIL ACTION

**To:**    U.S. Citizenship and Immigration Services
One Town Center
One Capital Gateway Drive
Camp Springs, MD 20746

**Service Address Pursuant to 6 C.F.R. § 5.42:**
Office of the General Counsel
United States Department of Homeland Security
Washington, D.C. 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Rebeca Sánchez-Roig**
**Sánchez-Roig Law, P.A.**
**168 SE 1st Street, Suite 800**
**Miami, FL 33131**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Dec 14, 2018 _____



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Mary Etienne*
Deputy Clerk
U.S. District Courts

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: ___18CV25247___-Civ

**IBRAHIM QUINTANA,**

    Plaintiff,

    v.

**U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. DEPARTMENT OF HOMELAND SECURITY; KIRSTJEN M. NIELSEN**, in her official capacity as Secretary, of the U.S. Department of Homeland Security; **LEE FRANCIS CISSNA**, in his official capacity as Director, U.S. Citizenship and Immigration Services; **LINDA SWACINA**, in her official capacity as District Director, Southeast Region, District 9, Miami District Office, U.S. Citizenship and Immigration Services; and **ENID STULZ**, in her official capacity as Field Office Director, Hialeah Field Office, U.S. Citizenship and Immigration Services,

    Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

**To:**    U.S. Department of Homeland Security
245 Murray Lane, SW
Washington, DC 20528-0075

**Service Address Pursuant to 6 C.F.R. § 5.42:**
Office of the General Counsel
United States Department of Homeland Security
Washington, D.C. 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Rebeca Sánchez-Roig**
**Sánchez-Roig Law, P.A.**
**168 SE 1st Street, Suite 800**
**Miami, FL 33131**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Dec 14, 2018

Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Mary Etienne*
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: __18CV25247__-Civ

**IBRAHIM QUINTANA,**

    Plaintiff,

    v.

**U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. DEPARTMENT OF HOMELAND SECURITY; KIRSTJEN M. NIELSEN**, in her official capacity as Secretary, of the U.S. Department of Homeland Security; **LEE FRANCIS CISSNA**, in his official capacity as Director, U.S. Citizenship and Immigration Services; **LINDA SWACINA**, in her official capacity as District Director, Southeast Region, District 9, Miami District Office, U.S. Citizenship and Immigration Services; and **ENID STULZ**, in her official capacity as Field Office Director, Hialeah Field Office, U.S. Citizenship and Immigration Services,

    Defendants.
_____/

## SUMMONS IN A CIVIL ACTION

**To:**    **Kirstjen M. Nielsen**
U.S. Department of Homeland Security
245 Murray Lane, SW
Washington, DC 20528-0075

**Service Address Pursuant to 6 C.F.R. § 5.42:**
Office of the General Counsel
United States Department of Homeland Security
Washington, D.C. 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Rebeca Sánchez-Roig**
**Sánchez-Roig Law, P.A.**
**168 SE 1st Street, Suite 800**
**Miami, FL 33131**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Dec 14, 2018



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Mary Etienne*
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: __18CV25247__-Civ

**IBRAHIM QUINTANA,**

    Plaintiff,

        v.

**U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. DEPARTMENT OF HOMELAND SECURITY; KIRSTJEN M. NIELSEN**, in her official capacity as Secretary, of the U.S. Department of Homeland Security; **LEE FRANCIS CISSNA**, in his official capacity as Director, U.S. Citizenship and Immigration Services; **LINDA SWACINA**, in her official capacity as District Director, Southeast Region, District 9, Miami District Office, U.S. Citizenship and Immigration Services; and **ENID STULZ**, in her official capacity as Field Office Director, Hialeah Field Office, U.S. Citizenship and Immigration Services,

    Defendants.
_____/

## SUMMONS IN A CIVIL ACTION

**To:**    **Enid Stulz, Field Office Director**
USCIS Hialeah Field Office
5880 NW 183rd Street
Hialeah, FL 33015

**Service Address Pursuant to 6 C.F.R. § 5.42:**
Office of the General Counsel
United States Department of Homeland Security
Washington, D.C. 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Rebeca Sánchez-Roig**
**Sánchez-Roig Law, P.A.**
**168 SE 1st Street, Suite 800**
**Miami, FL 33131**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date  Dec 14, 2018  _____

Steven M. Larimore
Clerk of Court

*s/ Mary Etienne*
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.: \_\_\_18CV25247\_\_\_-Civ

**IBRAHIM QUINTANA,**

    Plaintiff,

    v.

**U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. DEPARTMENT OF HOMELAND SECURITY; KIRSTJEN M. NIELSEN**, in her official capacity as Secretary, of the U.S. Department of Homeland Security; **LEE FRANCIS CISSNA**, in his official capacity as Director, U.S. Citizenship and Immigration Services; **LINDA SWACINA**, in her official capacity as District Director, Southeast Region, District 9, Miami District Office, U.S. Citizenship and Immigration Services; and **ENID STULZ**, in her official capacity as Field Office Director, Hialeah Field Office, U.S. Citizenship and Immigration Services,

    Defendants.

_____/

## SUMMONS IN A CIVIL ACTION

**To:**     **Linda Swacina, District Director, Southeast Region**
USCIS Miami District Office
8801 NW 7th Avenue
Miami, FL 33150

**Service Address Pursuant to 6 C.F.R. § 5.42:**
Office of the General Counsel
United States Department of Homeland Security
Washington, D.C. 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Rebeca Sánchez-Roig**
**Sánchez-Roig Law, P.A.**
**168 SE 1st Street, Suite 800**
**Miami, FL 33131**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Dec 14, 2018 _____

**SUMMONS**

Steven M. Larimore
Clerk of Court

*s/ Mary Etienne*
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: ___18CV25247___-Civ

**IBRAHIM QUINTANA,**

    Plaintiff,

       v.

**U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. DEPARTMENT OF HOMELAND SECURITY**; **KIRSTJEN M. NIELSEN**, in her official capacity as Secretary, of the U.S. Department of Homeland Security; **LEE FRANCIS CISSNA**, in his official capacity as Director, U.S. Citizenship and Immigration Services; **LINDA SWACINA**, in her official capacity as District Director, Southeast Region, District 9, Miami District Office, U.S. Citizenship and Immigration Services; and **ENID STULZ**, in her official capacity as Field Office Director, Hialeah Field Office, U.S. Citizenship and Immigration Services,

    Defendants.
_____/

## SUMMONS IN A CIVIL ACTION

**To:**    **Lee Francis Cissna, Director**
        U.S. Citizenship and Immigration Services
        One Town Center
        One Capital Gateway Drive
        Camp Springs, MD 20746
        **Service Address Pursuant to 6 C.F.R. § 5.42:**
        Office of the General Counsel
        United States Department of Homeland Security
        Washington, D.C. 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Rebeca Sánchez-Roig**
**Sánchez-Roig Law, P.A.**
**168 SE 1st Street, Suite 800**
**Miami, FL 33131**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Dec 14, 2018

Steven M. Larimore
Clerk of Court

*s/ Mary Etienne*
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: __18CV25247__-Civ

**IBRAHIM QUINTANA,**

    Plaintiff,

        v.

**U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. DEPARTMENT OF HOMELAND SECURITY**; **KIRSTJEN M. NIELSEN**, in her official capacity as Secretary, of the U.S. Department of Homeland Security; **LEE FRANCIS CISSNA**, in his official capacity as Director, U.S. Citizenship and Immigration Services; **LINDA SWACINA**, in her official capacity as District Director, Southeast Region, District 9, Miami District Office, U.S. Citizenship and Immigration Services; and **ENID STULZ**, in her official capacity as Field Office Director, Hialeah Field Office, U.S. Citizenship and Immigration Services,

    Defendants.
_____/

## SUMMONS IN A CIVIL ACTION

**To:**    Matthew G. Whitaker, Acting Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
**Service Address Pursuant to 28 C.F.R.§ 0.77:**
Assistant Attorney General for Administration
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Rebeca Sánchez-Roig**
**Sánchez-Roig Law, P.A.**
**168 SE 1st Street, Suite 800**
**Miami, FL 33131**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Dec 14, 2018 _____



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Mary Etienne*
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: ___18CV25247___-Civ

**IBRAHIM QUINTANA,**

    Plaintiff,

        v.

**U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. DEPARTMENT OF HOMELAND SECURITY; KIRSTJEN M. NIELSEN**, in her official capacity as Secretary, of the U.S. Department of Homeland Security; **LEE FRANCIS CISSNA**, in his official capacity as Director, U.S. Citizenship and Immigration Services; **LINDA SWACINA**, in her official capacity as District Director, Southeast Region, District 9, Miami District Office, U.S. Citizenship and Immigration Services; and **ENID STULZ**, in her official capacity as Field Office Director, Hialeah Field Office, U.S. Citizenship and Immigration Services,

    Defendants.
_____/

## SUMMONS IN A CIVIL ACTION

To:    **United States Attorney's Office**
        **Southern District of Florida**
        Attn: Civil Process Clerk
        99 NE 4th Street
        Miami, FL 33132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Rebeca Sánchez-Roig**
**Sánchez-Roig Law, P.A.**
**168 SE 1st Street, Suite 800**
**Miami, FL 33131**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Dec 14, 2018

Steven M. Larimore
Clerk of Court

*s/ Mary Etienne*
Deputy Clerk
U.S. District Courts